**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**P.S. PRODUCTS, INC.,**
**BILLY PENNINGTON, Individually**                                    **PLAINTIFFS**

**V.**                                    **No. 4:15CV00724 JM**

**JOBAR INTERNATIONAL, INC.**                                    **DEFENDANT**

**ORDER**

Pending is the Plaintiffs' motion to dismiss with prejudice.  For good cause shown,

the motion is GRANTED.  (Docket entry #5).  The Plaintiffs' complaint is hereby

dismissed with prejudice.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED this 17th day of December, 2015.

_____
James M. Moody Jr.
United States District Judge